FILED by **MM** D.C.

Nov 8, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60242-CR-SINGHAL/DAMIAN

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

TSVIA KOL,

  Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Conspiracy to Possess with Intent to Distribute a Controlled Substance
### (21 U.S.C. § 846)

From in or around August 2020 through in or around November 2020, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**TSVIA KOL,**

did knowingly and willfully combine, conspire, confederate, and agree with other persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

The controlled substance involved in the conspiracy attributable to the defendant as a result of her own conduct, and the conduct of other conspirators reasonably foreseeable to her, is 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a

Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

## COUNT 2
**Attempt to Possess with Intent to Distribute a Controlled Substance**
**(21 U.S.C. § 846)**

On or about November 12, 2020, in Broward County, in the Southern District of Florida, the defendant,

**TSVIA KOL,**

did knowingly and intentionally attempt to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); in violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(l)(A)(viii), it is further alleged that this violation involved 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

## COUNT 3
**Possession with Intent to Distribute a Controlled Substance**
**(21 U.S.C. § 841(a)(1))**

On or about November 12, 2020, in Broward County, in the Southern District of Florida, the defendant,

**TSVIA KOL,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(l)(A)(viii), it is further alleged that this violation involved 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

Pursuant to Title 21, United States Code, Section 841(b)(l)(B)(vi), it is further alleged that this violation involved 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[-( 2-phenylethyl )-4-piperidinyl] propenamide, also known as "fentanyl," a schedule II controlled substance.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **TSVIA KOL**, has an interest.

2. Upon conviction of a violation of Title 21, United States Code, Section 841(a)(1) or 846, as alleged in this Indictment, the defendant shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense, pursuant to Title 21, United States Code, Section 853.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
WILL J. ROSENZWEIG
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

TSVIA KOL,

_____/

CASE NO.: _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division** (select one)
- ☐ Miami
- ☐ Key West
- ☐ FTP
- ☒ FTL
- ☐ WPB

New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of New Counts _____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) **No**
   List language and/or dialect: _____

4. This case will take **3** days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   ☒ 0 to 5 days
   - II  ☐ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV  ☐ 21 to 60 days
   - V   ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☒ Felony

6. Has this case been previously filed in this District Court? (Yes or No) **No**
   If yes, Judge _____ Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) **No**
   If yes, Magistrate Case No. _____

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) **No**
   If yes, Judge _____ Case No. _____

9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) **No**
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) **No**

By: _____
Will J. Rosenzweig
Assistant United States Attorney
Court ID No.     A5502698

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** Tsvia Kol

**Case No:** _____

Count # 1:

Conspiracy to Possess with Intent to Distribute a Controlled Substance

Title 21, United States Code, Sections 846 and 841(b)(1)(A)(viii)

* Max. Term of Imprisonment: Life
* Mandatory Min. Term of Imprisonment: 10 years
* Max. Supervised Release: 5 years to life
* Max. Fine: $10,000,000

Count # 2:

Attempt to Possess with Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii)

* Max. Term of Imprisonment: Life
* Mandatory Min. Term of Imprisonment: 10 years
* Max. Supervised Release: 5 years to life
* Max. Fine: $10,000,000

Count # 3:

Possession with Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 841(a)(1), (b)(1)(A)(viii), and (b)(1)(B)(vi)

* Max. Term of Imprisonment: Life
* Mandatory Min. Term of Imprisonment: 10 years
* Max. Supervised Release: 5 years to life
* Max. Fine: $10,000,000

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.