UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 22-60242-CR-SINGHAL

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

TSVIA KOL,

        Defendant.
_____/

**AGREED MOTION TO CONTINUE SENTENCING**

COMES NOW, the Defendant, Tsvia Kol, by and through her undersigned Counsel, Jason W. Kreiss, Esq., and respectfully files this Agreed Motion to Continue Sentencing for a period of 30 days. As grounds for this motion, the defendant states the following:

1. The defendant entered a guilty plea in this matter on August 30, 2023.

2. Sentencing in this matter is currently scheduled for April 2, 2024.

3. Members of the defense team are engaged with government counsel for the purpose of trying to resolve an unrelated matter that could have a significant effect on the instant case or vice versa.

4. Pursuant to Local Rule 88.9(a), undersigned counsel conferred with Assistant United States Attorney Alexandra Comolli, who is in agreement with the relief sought herein.

5. This request for a continuance is made in good faith and will further the interest of justice.

WHEREFORE, the defendant, Tsvia Kol, respectfully requests that this Honorable Court grant this motion and enter an order continuing the sentencing hearing in this matter for a period of 30 days.

Respectfully submitted,

/s/ *Jason W. Kreiss*
JASON W. KREISS, ESQ.
Florida Bar Number:87912
1824 SE 4th Avenue
Fort Lauderdale, Florida 33316
Phone: 954-525-1971
Fax: 954-525-1978
Email: jwk@kreisslaw.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing motion has been furnished by CM/ECF to all counsel of record on this 21st day March 2024.

/s/ *Jason W. Kreiss*
JASON W. KREISS, ESQ.